# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

HAMID NAZARI,

      Plaintiff,

    v.

JOSEPH B. EDLOW,
*Director, U.S. Citizenship and Immigration Services*, *et al.*,

      Defendants.

Civil Action 2:25-cv-1313
Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion to Vacate and Reschedule the Preliminary Pretrial Conference (ECF No. 18). Therein, the parties ask that any case schedule deadlines be set only after a ruling on Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 12).

For good cause shown, the parties' motion (ECF No. 18) is **GRANTED**. The Preliminary Pretrial Conference currently scheduled for May 27, 2026, is **VACATED**. If Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment is denied, the parties are **ORDERED** to submit a joint Rule 26(f) report **WITHIN FOURTEEN DAYS** of that ruling, which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE